**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **KELSIE RYAN, and CHRISTOPHER RYAN,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**WALMART, INC., and SEAN C. KELLEY,**<br><br>**Defendants.** | **4:25CV3026**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiffs,

**IT IS ORDERED:**

1. On or before **April 24, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case, including the planning conference set for March 25, 2026.

Dated this 24th day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge