IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELSIE RYAN, and CHRISTOPHER RYAN, | |
| Plaintiffs, | **4:25CV3026** |
| vs. | |
| WALMART, INC., and SEAN C. KELLEY, | **DISMISSAL ORDER** |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 42).  Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own costs.

Dated this 27th day of April, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge